# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 16-cv-00350-RPM

NORMAN EDWARD LABONTE,

    Plaintiff,

v.

ANTHEM LIFE INSURANCE COMPANY,

    Defendant.

_____

### ORDER RE-DIRECTING SCHEDULING CONFERENCE
_____

The Scheduling Conference set for April 6, 2016 at 10:30 a.m. by Magistrate Judge Tafoya is re-directed to be held in this Court's Conference Room on the Second Floor of the Byron White Courthouse. The proposed Scheduling Order filed on March 30, 2016, [Doc. 22] will be discussed.

    DATED: March 31st, 2016

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge