# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 16-cv-00350-RPM

NORMAN EDWARD LABONTE,

    Plaintiff,

v.

ANTHEM LIFE INSURANCE COMPANY,

    Defendant.

_____

## ORDER VACATING MINUTE ORDER GRANTING MOTION FOR TELEPHONIC PARTICIPATION
_____

    Upon reassignment of this civil action and this Court's case management procedures, it is

    ORDERED that the March 3, 2016, Minute Order Granting Telephonic Participation at the Scheduling Conference is vacated [Doc. 17]. It is

    FURTHER ORDERED that the Scheduling Conference set for April 6, 2016 at 10:30 a.m. will be held with lead counsel in person. No parties or representatives of parties will be permitted to attend.

    DATED: March 31st, 2016

                             BY THE COURT:

                             s/Richard P. Matsch
                             _____
                             Richard P. Matsch, Senior District Judge